CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 07 2015

JULIA C. DUDLEY, CLERK
BY: /s/ H McOmbee
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KEVIN JAMES GOIN,<br>　　Plaintiff, | ) ) ) | Civil Action No. 7:15-cv-00169 |
| | ) | **MEMORANDUM OPINION** |
| v. | ) ) | By:　Jackson L. Kiser |
| NEW RIVER VALLEY<br>REGIONAL JAIL,<br>　　Defendant(s). | ) ) ) | United States District Judge |

Kevin James Goin, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered April 13, 2015, the court directed plaintiff to submit within 10 days from the date of the Order a consent to withholding of fees from in order to complete the application to proceed in forma pauperis. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 7th day of May, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge