CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 07 2015

JULIA C. DUDLEY, CLERK
BY: /s/ M<!-- -->cQnee
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KEVIN JAMES GOIN,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:15-cv-00169 |
| v. | ) ) ) | **DISMISSAL ORDER** |
| NEW RIVER VALLEY<br>REGIONAL JAIL, | ) ) ) ) | |
|     Defendant(s). | ) ) | By:   Jackson L. Kiser<br>       United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 7th day of May, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge